JUSTICE REGNIER
delivered the opinion of the Court.
Larry Isakson alleges he was injured while working for Burlington Northern Railroad Company in Park County, Montana, where he also resides. On January 5, 1993, Isakson filed a complaint under the Federal Employers’ Liability Act (FELA), 45 U.S.C. §§ 51-60 (1994) in Cascade County. On January 12,1995, Burlington Northern moved for a change of venue under § 25-2-122(2), MCA, which provided specific venues for tort suits brought against nonresident corporations. On May 7, 1996, the Eighth Judicial District Court granted Burlington Northern’s motion for a change of venue to the First Judicial District Court, Lewis and Clark County. Isakson appeals from the order granting the change of venue.
*297 This Court recently held in Davis v. Union Pacific Railroad Company (1997), [282 Mont 233], 937 P.2d 27 that § 25-2-122(2), MCA, is unconstitutional because it violates the Equal Protection Clause of the Montana Constitution. Our ruling in that case is controlling over the issues presented in this appeal.
Based on our ruling in Davis, the order granting the change of venue in this case is reversed, and this case is remanded to the District Court for proceedings consistent with our decision in Davis.
Reversed and remanded.
CHIEF JUSTICE TURNAGE and JUSTICES NELSON, HUNT and TRIEWEILER concur.